JS-6

Michael A. Gould (SBN 151851)
Aarin A. Zeif (SBN 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 E 17th Street, Suite 106
Tustin, California, 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff
Diana Barbosa

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA BARBOSA, an individual, individually, and on behalf of other members of the general public similarly situated, | **CASE NO.: 5:14-cv-00063-VAP-SP**<br>[Honorable Judge Virginia A. Phillips] |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | |
| MEDICREDIT, INC., and DOES 1 through 25, | **Date: April 20. 2015**<br>**Time: 2:00 p.m.**<br>**Courtroom: 2** |
| Defendants. | Case Filed: December 9, 2013 |

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED THAT:**

Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in this matter on the terms set forth in the following orders:

Order Granting Final Approval of Class/Collective/Representative Action Settlement and Awarding Attorneys' Fees, Litigation Expenses and Class Representative Enhancement.

The Court orders the following Implementation Schedule for further proceedings:

(a) Within seven (7) business days after the Effective Final Settlement Date, Defendant will deliver the Gross Settlement Amount to the Settlement Administrator;

(b) Within fourteen (14) business days after the Effective Final Settlement Date, the Settlement Administrator will pay from the Gross Settlement Amount due as follows:

(1) to Plaintiff, the Class Representative Incentive Award;

(2) to Class Counsel, the Class Counsel Fees Payments and the Class Counsel Litigation Expenses Payments;

(3) to the responsible tax authorities, the employer share of payroll taxes on the Settlement Shares;

(4) the LWDA payment;

(5) to the Settlement Administrator, its reasonable fees and expenses as approved by the District Court; and

(6) to Participating Class Members, the Settlement Shares.

Dated: May 1, 2015

_____

_____
Hon. Judge Virginia A. Phillips
U.S. District Court Judge